**STATEMENT OF FACTS**

On or about May 17, 2014, members of the Metropolitan Police Department's, Narcotics Special Investigations Division's, were conducting an undercover operation in the 900 block of Rhode Island Avenue, N.E., Washington, D.C. As a result of previous conversations, the defendant, Glen Smith, Jr. had agreed to sell undercover police officers 16 ounces of PCP for $4,000.  At approximately 1:30 p.m., the defendant arrived in the 900 block of Rhode Island Avenue, N.E., and entered an undercover police car.  After the defendant entered the vehicle he handed the undercover officer a glass bottle that contained 16 ounces of PCP.  The officer signaled an arrest team and the defendant was removed from the automobile and placed under arrest. A portion of the PCP field tested positive for phencyclidine.  The quantity of the PCP recovered indicated that it was going to be sold to others rather than used exclusively by the defendant.

_____

OFFICER JASON PEARCE BEST
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS
DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MAY, 2014.

_____

U.S. MAGISTRATE JUDGE